United States District Court
Southern District of Texas
**ENTERED**
June 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SOPC HOLDINGS WEST LLC, )
the Tax Matters Partner of )
EQUILON ENTERPRISES LLC, )
                                  Plaintiff, )
v.                                 )    CIVIL ACTION No. 4:18-cv-00374
                                     )
UNITED STATES OF AMERICA, )    Consolidated with:   4:18-cv-00376
                                   )                                       4:18-cv-00377
                Defendant. )                                       4:18-cv-00378

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: _3_ Days                            Jury:___ Non-Jury: _X_

1. NEW PARTIES shall be joined by:
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.                         July 1, 2018

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                             December 21, 2018

3. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                              January 21, 2019

4. DISCOVERY must be completed by:
   Written discovery requests are not timely if they are filed
   so close to this deadline that the recipient would not be
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.                             February 22, 2019

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
   (except motions in limine) will be filed by:                        March 29, 2019
                                                                         (Due 90 Days Prior to Trial Date)

6. JOINT PRETRIAL ORDER and MOTIONS IN LIMINE     July 8, 2019
   (The Court will fill in this date)                               (Due Monday one week before trial)

7. TRIAL will begin at 9:00 a.m.                         July 15, 2019
                                                                         (15 Months from date case is filed)

_____        /s/ Keith P. Ellison
Date                                                      Keith P. Ellison
                                                        United States District Judge

June 15, 2018                                     /s/ Thomas V. Linguanti
Date                                                      Counsel for Plaintiff(s)

June 15, 2018                                     /s/ Curtis C. Smith
Date                                                      Counsel for Defendant(s)