UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOPC HOLDINGS WEST LLC, ) | | |
| the Tax Matters Partner of ) | | |
| EQUILON ENTERPRISES LLC, ) | | |
| ) | | |
| Plaintiff, ) | | |
| v. ) | CIVIL ACTION No. 4:18-cv-00374 | |
| ) | | |
| UNITED STATES OF AMERICA, ) | Consolidated with: | 4:18-cv-00376 |
| ) | | 4:18-cv-00377 |
| Defendant. ) | | 4:18-cv-00378 |

## ORDER GRANTING MOTION TO STAY PROCEEDINGS

**BEFORE THE COURT** is Plaintiff's Agreed Motion to Stay Proceedings, requesting that these proceedings be stayed pending the final determinations of *Sunoco, Inc. v. United States*, 129 Fed. Cl. 322 (2016), U.S. Court of Appeals for the Federal Circuit, Appeal No. 2017-42, and *Exxon Mobil Corp. v. United States*, Civil Action No. 3:16-cv-2921, U.S. District Court Northern District of Texas, Dallas Division.

**IT IS HERBY ORDERED THAT** Civil Action No. 4:18-cv-00374 is stayed, and the parties are ordered to report back to this Court within fourteen days of final determinations in *Sunoco* or *Exxon*, whichever case is concluded earliest, to advise the Court how the parties would recommend proceeding.

_____
Keith P. Ellison
United States District Judge