United States District Court
Southern District of Texas
**ENTERED**
December 31, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SOPC HOLDINGS WEST LLC; dba SHELL OIL PRODUCTS US | § § § § |
| Plaintiff | § |
| VS. | §  CIVIL ACTION NO. 4:18-CV-0374 |
| | § § |
| UNITED STATES OF AMERICA | § |

## ORDER

**BEFORE THE COURT** is Plaintiff's Agreed Motion to Stay Proceedings, requesting that these proceedings be stayed pending the final determinations of *Sunoco, Inc. v. United States*, 129 F. Cl. 322 (2016), U.S. Court of Appeals for the Federal Circuit, Appeal No. 2017-42, and *Exxon Mobil Corp. v. United States*, No. 3:16-CV-2921 (N.D. Tex. 2016).

**IT IS HEREBY ORDERED THAT** this case, *SOPC Holdings West LLC v. United States*, No. 4:18-CV-0374, is stayed, and the parties are ordered to report back to this Court within fourteen days of a further substantive decision in *Sunoco* or *Exxon*, to advise the Court how the parties would recommend proceeding. Irrespective of further developments in said cases, there will be a status conference held on Thursday, February 14, 2019 at 2:00 PM. Counsel may participate telephonically.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 31st day of December, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE