# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| SOPC HOLDINGS WEST, LLC, The Tax Matters Partner of Equilon Enterprises LLC, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:18-cv-00374 (KPE) |
| v. | ) ) | |
| UNITED STATES OF AMERICAN | ) ) | |
| Defendants. | ) ) | |

## STATUS REPORT

Plaintiff SOPC Holdings West, LLC, the Tax Matters Partner of Equilon Enterprises LLC, submits the following status report on behalf of the parties:

1.    Proceedings in this case are currently stayed.

2.    Among other unrelated issues, *Exxon Mobil Corp*. addresses the same issue of statutory interpretation at the core of this case. On August 3, 2022, the Fifth Circuit entered Judgment in *Exxon Mobil Corp*., affirming the judgment of the district court. The periods for filing petitions for rehearing and for writ of certiorari have not expired.

3.    The parties recommend that they file a status report no later than fourteen days after the judgement in *Exxon Mobil Corp.* becomes final and advise the Court as to how the parties recommend proceeding.

4.    Counsel for the defendant has authorized plaintiff to represent that defendant concurs with the forgoing.

Respectfully Submitted,

Date: August 17, 2021

/s/ Kevin L. Kenworthy

Kevin L. Kenworthy (D.C. Bar No. 414887)
So. Dist. of Tx. Fed. ID No: 3385412
George A. Hani (D.C. Bar No. 451945)
So. Dist. of Tx. Fed. ID No. 3385399
Andrew L. Howlett (D.C. Bar No. 1010208)
So. Dist. of Tx. Fed. ID No. 3385407
Attorneys-in-Charge
Miller & Chevalier Chartered
900 16th Street NW
Washington, DC 20006
Tel. (202) 626-5800
Fax. (202) 626-5801
Email: kkenworthy@milchev.com
Email: ghani@milchev.com
Email: ahowlett@milchev.com

*Attorney for Plaintiffs*
*SOPC Holdings West, LLC*
*the Tax Matters Partner of*
*Equilon Enterprises LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all

counsel of record through ECF system on August 17, 2021.

> CURTIS C. SMITH
> Trial Attorney, Tax Division
> State Bar No. AZ 026374
> U.S. Department of Justice
> 717 N. Harwood Street, Suite 400
> Dallas, Texas 75201
> Telephone: (214) 880-9734
> Facsimile: (214) 880-9741
> E-mail: curtis.c.smith@usdoj.gov
>
> KARI M. LARSON
> Senior Litigation Counsel
> Tax Division
> U.S. Department of Justice
> P.O. Box 403
> Washington, D.C. 20044
> Telephone: 202-626-3822
> Facsimile: 202-307-2504
> E-mail: Kari.M.Larson@usdoj.gov

>          /s/ Kevin L. Kenworthy
>          Kevin L. Kenworthy