UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOPC HOLDINGS WEST, LLC, <br> The Tax Matters Partner of <br> Equilon Enterprises LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICAN <br><br> Defendants. | Case No. 4:18-cv-00374 (KPE) |

## STATUS REPORT

Plaintiff SOPC Holdings West, LLC, the Tax Matters Partner of Equilon Enterprises LLC, submits the following status report on behalf of the parties:

1. Proceedings in this case are currently stayed pending resolution of the appeal of the final order in *Exxon Mobil Corp. v. United States*, No. 21-10373 (5th Cir. Aug. 20, 2022). *See* Min. Entry, (Mar. 3, 2021). As the parties have previously reported, *Exxon Mobil* addresses the same issue of statutory interpretation at the core of this case. On August 3, 2022, the Fifth Circuit entered Judgment in *Exxon Mobil*, affirming the judgment of the district court. Following expiration of the period for filing a petition for writ of certiorari on December 29, 2022, and no petition for writ of certiorari having been filed, the judgment is now final.

2. In view of the final judgment in *Exxon Mobil Corp.*, plaintiffs are simultaneously filing an unopposed motion to dismiss this case.

3. Counsel for the defendant has authorized plaintiff to represent that defendant concurs with the foregoing.

Respectfully Submitted,

Date: January 10, 2023

/s/ Kevin L. Kenworthy
Kevin L. Kenworthy (D.C. Bar No. 414887)
So. Dist. of Tx. Fed. ID No: 3385412
George A. Hani (D.C. Bar No. 451945)
So. Dist. of Tx. Fed. ID No. 3385399
Andrew L. Howlett (D.C. Bar No. 1010208)
So. Dist. of Tx. Fed. ID No. 3385407
Attorneys-in-Charge
Miller & Chevalier Chartered
900 16th Street NW
Washington, DC 20006
Tel. (202) 626-5800
Fax. (202) 626-5801
Email: kkenworthy@milchev.com
Email: ghani@milchev.com
Email: ahowlett@milchev.com

*Attorney for Plaintiffs*
*SOPC Holdings West, LLC*
*the Tax Matters Partner of*
*Equilon Enterprises LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record through ECF system on January 10, 2023.

KARI M. LARSON
Senior Litigation Counsel
Tax Division
U.S. Department of Justice
P.O. Box 403
Washington, D.C. 20044
Telephone: 202-626-3822
Facsimile: 202-307-2504
E-mail: Kari.M.Larson@usdoj.gov

                                                                 /s/ Kevin L. Kenworthy
                                                                 Kevin L. Kenworthy